**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| WILLIAM RUBENSTAHL,<br>individually and on behalf of all<br>others similarly situated, | : <br> : <br> : <br> : <br> : | Civil Action No. 17-13504 (ES) (MAH) |
| **Plaintiff,** | : <br> : <br> : | **ORDER** |
| v. | : <br> : <br> : | |
| PHILIP MORRIS<br>INTERNATIONAL INC., et. al., | : <br> : <br> : | |
| **Defendants.** | : <br> : | |

**SALAS, DISTRICT JUDGE**

Before the Court is Plaintiff Union Asset Management Holding AG's ("Union") uncontested motion to be appointed lead plaintiff and have its lead counsel and liaison counsel approved under the Private Securities Litigation Reform Act.  (D.E. No. 7).  The Court has reviewed the relevant submissions and decides this matter without oral argument.  *See* Fed. R. Civ. P. 78(b).  For the reasons stated in the accompanying Memorandum Opinion,

IT IS on this 13th day of February 2019,

**ORDERED** that Union's motion is GRANTED; and it is further

**ORDERED** that Union is APPOINTED lead plaintiff in this action; and it is further

**ORDERED** that Union's selection of lead and liaison counsel is APPROVED.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**